AO 106 (Rev. 01/09) Application for a Search Warrant

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR - 8 2022

JULIA C. DUDLEY, CLERK
BY: /s/ C. Meade
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 1:22mj29
)
GINA MARCIA DENYS )
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ____Western____ District of ____Virginia____ *(identify the person or describe property to be searched and give its location):* The person of Gina Marcia DENYS (to include the area and items under her immediate control - e.g. clothing, shopping bags, backpack, cellular telephone/smartphone, containers, etc.)

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):* See Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of __21__ U.S.C. § __846/841(a)(1)__, and the application is based on these facts: See Attachment B                                                    and 841(a)(1)

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_/s/ Brian Snedeker_
Applicant's signature

Brian Snedeker, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/8/22

_/s/ Pamela Meade Sargent_
Judge's signature

City and state: Abingdon, Virginia

Pamela Meade Sargent, USMJ
*Printed name and title*

## ATTACHMENT A

1. Heroin distribution paraphernalia including (but not limited to) scales, scale calibration weights, cutting materials, small Ziploc-type plastic bags (new/unused), wrapping materials; devices used to communicate with other drug traffickers/co-conspirators including cellular telephones.

2. Books, records, ledgers, notes, and videos pertaining to the illicit distribution, purchasing, and transporting of heroin.

3. Messages, letters, telephone numbers, and addresses relating to customers, suppliers, and other co-conspirators involved with the illicit distribution, purchasing, and transporting of heroin. These messages, letters, telephone numbers, and addresses may be written on personal calendars, personal address and /or telephone books, notebooks, loose pieces of paper, and found in mail.

4. Photographs and videos depicting heroin, drug distribution paraphernalia, substantial assets, co-conspirators, and persons with heroin,

5. Books, ledgers, receipts, bank statements, cashier's checks, and other items evidencing the acquisition, secreting, transferring and/or concealment of assets or the expenditure of narcotics proceeds.

6. Items listed in Paragraphs 2 through 5 may be stored in digital media. Therefore, digital media (including but not limited to computers/computer hard drives, CDs/DVDs, flash/jump drives, personal digital assistants (PDA's), cellular telephones/smartphones, digital cameras, iPODs, iPADs, etc.) are to be seized and examined for the items listed in Paragraphs 2 through 5.

ATTACHMENT B

AFFIDAVIT of
Special Agent Brian Snedeker
Drug Enforcement Administration
Bristol, Virginia

1. I, Special Agent Brian Snedeker, being duly sworn hereby depose and say:

2. The purpose of this application and affidavit is to secure a search warrant for heroin distribution/conspiracy related documentary evidence and equipment/supplies on and about the person of Gina Marcia DENYS (hereafter referred to as "Gina DENYS"). This affiant, after obtaining and reviewing information, believes there is evidence of conspiracy to distribute heroin and/or distribution of heroin on and about the person of Gina DENYS in violation of 21 USC 846/841(a)(1) and 841(a)(1).

3. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed for approximately (30) years. During my employment I have received comprehensive classroom training from the DEA in specialized narcotic investigative matters including but not limited to drug interdiction, drug detection, money laundering techniques and schemes, smuggling, and the investigation of individuals and organizations involving the smuggling, cultivation, manufacturing, and illicit trafficking of controlled substances and controlled substance precursors. I have obtained and executed hundreds of search warrants related to the illicit distribution and/or manufacturing of controlled substances. I have participated in the investigations and subsequent arrests of hundreds of individuals involved with the trafficking of controlled substances, including heroin, a Schedule I controlled substance.

4. The facts set forth in this affidavit are known to me as a result of my participation in the investigation of Gina DENYS, my training and experience, and information provided to me by other law enforcement officers. Any reference to the gender of any unnamed person within this affidavit does not necessarily reflect the true gender of said person.

5. During February 2021, an admitted heroin trafficker (hereafter referred to as "Trafficker A") told law enforcement the following:

    - Trafficker A uses and sells heroin.

    - Trafficker A has been obtaining the heroin he uses and sells from Gina DENYS for several months. Trafficker A regularly purchases heroin from Gina DENYS at Gina DENYS' residence in Abingdon, Virginia. Gina DENYS has also delivered heroin to Trafficker A at another location(s) and delivers the heroin while driving her green car [Gina DENYS is the registered owner of a green, 2006, Toyota Scion XB with Virginia tags JTG-7268].

    - Gina DENYS makes regular road trips outside of Virginia in order to obtain the heroin she sells.

6. During the last 20 days, Trafficker A performed a controlled purchase (monitored, recorded, and surveilled by law enforcement) of a multi-gram quantity of heroin (a quantity consistent with distribution/redistribution) from Gina DENYS at Gina DENYS' residence located at 584 Norfolk Street, Lot 18, Abingdon, Virginia.

7. A review of Gina DENYS' criminal history revealed that she was sentenced in 1993 in relation to a 1992 arrest for a controlled substance violation.

8. Gina DENYS' known residence is 584 Norfolk Street, Lot 18, Abingdon, Virginia (located within the Western District of Virginia).

9. This affiant is aware based on his training, experience, and conversations with other law enforcement officers that individuals who illegally distribute heroin and/or conspire to do so typically maintain heroin distribution paraphernalia (digital scales, small Ziploc-type plastic bags etc.) and other items (documents etc.) as listed and explained on Attachment A (of the Application and Affidavit for Search Warrant to which this affidavit is attached) on and about their persons. As to distribution paraphernalia, notes, records, and the like, this affiant is aware based upon his training and experience and conversations with other law enforcement officers, that that heroin traffickers/co-conspirators often maintain such materials on and about their persons for extended periods of time (days, weeks, and months).

10. As law enforcement has been unable to detect a predictable travel pattern for Gina DENYS, it is unknown as to what hour of the day or night law enforcement will encounter Gina DENYS within the Western District of Virginia for the purpose of executing a federal search warrant upon her person.

11. Based upon the facts set forth above, I believe that there is probable cause for the issuance of a search warrant for the person of Gina DENYS as there is probable cause to believe that there is evidence of a violation of 21 USC 846/841(a)(1) and/or 841(a)(1) on and about her person. Furthermore, I submit that Paragraph 10 above presents good/reasonable cause as to why the requested search warrant should be authorized for execution during any time of day or night.

_____   03-08-2022
Brian Snedeker, Special Agent (DEA)   Date

Subscribed and sworn to before me, this the ___8th___ day of March, 2022 in Abingdon, Virginia.

_____
Pamela Meade Sargent
United States Magistrate Judge
Western District of Virginia

Reviewed by:

<u>s/Suzanne Kerney-Quillen</u>             <u>03-04-2022</u>
**Special Assistant United States Attorney**             Date